## 3476.  WASHINGTON COUNTY v. HOLLIMAN.

Where this court, upon exception to nonsuit, passes on the legal suffi-
ciency of the evidence, and it is held sufficient to support a verdict in
the plaintiff's favor, and upon a retrial of the case on substantially the
same evidence a verdict for the plaintiff is rendered, and the case is
brought to this court again, with no new question presented, but on the
sole assignment of error that the verdict is without evidence to sup-
port it, it is the duty of this court to affirm the judgment with damages.
DECIDED JANUARY 15, 1912.

Action for damages; from city court of Sandersville—Judge Jor-
dan.  April 5, 1911.

*T. W. Evans, Hardwick & Wright,* for plaintiff in error.
*Evans & Evans,* contra.

POWELL, J.  When this case was here before (8 *Ga. App.* 718
70 S. E. 100), on exception to nonsuit, we held that whether the
defendant was guilty of negligence and whether the plaintiff was
guilty of contributory negligence were jury questions, under the
evidence as then presented.  The evidence in the present record
is substantially the same, though, perhaps, a little stronger in the
plaintiff's favor.  The retrial of the case resulted in a verdict for
the plaintiff.  The only exception is that the verdict is contrary
to the evidence.  Even if it were likely that this court would change
its views so soon on the questions presented alike by the former and
the present records, it has not the right or legal power to do so,
so far as affects this case.  The plaintiff in error certainly could not
have hoped for any benefit, other than delay, from bringing the
case to this court.  As we can not escape the conclusion that the
case is brought for delay only, it is our duty to award damages.

*Judgment affirmed, with damages.*